■ PYRAMID WALDEN COMPANY, L.P., Respondent, v THE BUFFALO UNIT, LLC, Doing Business as NO FEAR, et al., Appellants. [849 NYS2d 817]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered February 1, 2007 in a breach of contract action. The order, insofar as appealed from, granted in part plaintiff's motion for summary judgment and denied defendants' cross motion for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.

■ WANDA CONLEY, Appellant, v ANDREW E. WARNER, Respondent. [849 NYS2d 870]—Appeal from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered March 16, 2006 in a personal injury action. The order, inter alia, granted that part of defendant's motion seeking to dismiss the complaint pursuant to CPLR 3211 (a) (3).

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.

■ AMYELL DEVELOPMENT CORP., Appellant, v IKON OFFICE SOLUTIONS, INC., Respondent, et al., Defendant. (Appeal No. 1.) [849 NYS2d 848]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered January 16, 2007. The order, insofar as appealed from, granted that part of the motion of defendant IKON Office Solutions, Inc. for summary judgment dismissing the complaint against it and denied plaintiff's cross motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.